**E-filed 5/2/06**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TIMES NETWORK, INC., | Case No. C-06-0532-JF |
| Plaintiff, | ORDER OF RECUSAL |
| v. | |
| NORTEL NETWORKS CORPORATION, | |
| Defendant. | |

Pursuant to Canon 3(C)(1)(a) of the Code of Conduct for United States Judges, I hereby recuse myself from participation in the above-entitled matter. The Clerk shall reassign the matter to another District Judge pursuant to this Court's Assignment Plan.

DATED: 5/2/06

_____
JEREMY FOGEL
United States District Judge

ORDER OF RECUSAL
Case No. C 05-0532-JF